# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| INFINITE MASTER MAGNETIC,<br><br>    Plaintiff(s),<br><br>vs.<br><br>STATE OF NEVADA, et al.,<br><br>    Defendant(s). | Case No. 2:16-cv-00639-JAD-NJK<br><br>**ORDER**<br><br>(Docket No. 7) |

On March 28, 2016, the Court ordered Plaintiff to file a completed application to proceed *in forma pauperis* or pay the filing fee. Docket No. 6. Plaintiff has now filed an application to proceed *in forma pauperis* that is incomplete. Most significantly, Plaintiff declares that he has received income from both "[b]usiness, profession, or other self-employment" and "other sources." Docket No. 7 at 1. Plaintiff failed to provide the follow-up information required, however. In particular, he was required to "describe . . . each source of money and state the amount that you received and what you expect to receive in the future." *See id.*[1]

In addition, Plaintiff listed three persons that he declares are dependent on him for support, potentially including himself. *See id.* at 2. Plaintiff was required to include information identifying the relationship of each listed person to Plaintiff and the amount that Plaintiff contributes to each person for their support. *See id.* Such information was not provided with the pending application.

---

[1] Plaintiff responded by stating "pending lawsuits on file," which does not provide the information sought.

Without that information being provided, the Court is unable to rule on the request to proceed *in forma pauperis*.

**IT IS ORDERED:**

1. The pending application to proceed *in forma pauperis* is **DENIED** as incomplete.
2. Plaintiff shall either make the necessary arrangements to pay the filing fee, accompanied by a copy of this order, or file an Application to Proceed *in forma pauperis*.
3. Plaintiff must comply with this order no later than April 26, 2016. **Failure to comply will result a recommendation that this case be dismissed.**

Dated: April 12, 2016

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE