UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

Infinite Master Magnetic,

    Plaintiff

v.

State of Nevada, et al.,

    Defendants

2:16-cv-00639-JAD-NJK

Order Denying Application to Proceed *In Forma Pauperis,* Adopting Report and Recommendation, and Dismissing and Closing Case

[ECF Nos. 8, 10]

    Pro se plaintiff Infinite Master Magnetic sues a laundry list of defendants, including the State of Nevada and various Nevada state-court judges, attorneys, and jails for dozens of causes of action ranging from attempted murder to copyright infringement.[1] Magnetic has also submitted an application to proceed *in forma pauperis*.

    Magistrate Judge Koppe screened Magnetic's complaint under 28 U.S.C. § 1915(e)(2) and recommends dismissal with prejudice because Magnetic's claims are frivolous and delusional, and these problems cannot be cured by amendment. Magistrate Judge Koppe notes that Magnetic's claims "are premised on his contention that he is entitled to immunity as an ambassador and diplomat based on his birth in North America and purported formation of his own state."[2] Objections to the magistrate judge's recommendation were due May 15, 2016, and Magnetic has not filed an objection or requested an extension to do so. "[N]o review is required of a magistrate judge's report and recommendation unless objections are filed."[3]

    Accordingly, IT IS HEREBY ORDERED, ADJUDGED, and DECREED that Magistrate Judge Koppe's Report and Recommendation **[ECF No. 10] is ADOPTED; Magnetic's second**

---

[1] *See, e.g.*, ECF No. 1-1 at 6–7.

[2] ECF No. 10 at 2.

[3] *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).

1 **application to proceed** *in forma pauperis* **[ECF No. 8] is DENIED; and Magnetic's complaint is**
2 **DISMISSED with prejudice.**
3     The Clerk of Court is directed to enter judgment accordingly and CLOSE THIS CASE.
4     Dated this 25th day of May, 2016.

_____
Jennifer A. Dorsey
United States District Judge